# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD MATIASIC, an individual; and LYNDA MATIASIC, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a national association; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California corporation and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 14-cv-03574 NC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

　　　Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiffs' counsel and counsel for Wells Fargo must participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than September 30, 2014.

　　　Plaintiffs' counsel and counsel for Wells Fargo must be prepared to discuss the following subjects:

　　　(1)　Identification and description of claims and alleged defects in loan documents.

  (2) Prospects for loan modification.

  (3) Prospects for settlement.

 The parties need not submit written materials to the ADR Unit for the telephone conference.

 In preparation for the telephone conference, Plaintiffs' counsel must do the following:

  (1) Review relevant loan documents and investigate the claims to determine whether they have merit.

  (2) If Plaintiffs are seeking a loan modification to resolve all or some of the claims, Plaintiffs must prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiffs' counsel must immediately notify counsel for Wells Fargo of the request for a loan modification.

  (3) Provide counsel for Wells Fargo with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

  (4) Arrange for Plaintiffs to participate in the telephone conference.

 In preparation for the telephone conference, counsel for Wells Fargo must do the following:

  (1) If Wells Fargo is unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Wells Fargo must promptly notify Plaintiffs' counsel to that effect.

  (2) Arrange for a representative of Wells Fargo with full settlement authority to participate in the telephone conference.

//

1  The ADR Unit will notify the parties of the date and time the telephone conference
2 will be held.  After the telephone conference, the ADR Unit will advise the Court of its
3 recommendation for further ADR proceedings.
4  IT IS SO ORDERED.
5  Date: September 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge