HAROUNI LAW GROUP
Kaivan Harouni [SBN: 256582]
Email: KH@HarouniLaw.com
5950 Canoga Avenue, Suite 550
Woodland Hills, CA 91367
Telephone: (310) 693-8333
Facsimile:   (310) 494-9499

Attorneys for Plaintiffs Edward Matiasic
& Lynda Matiasic

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MATIASIC, an individual; and LYNDA MATIASIC, an individual,<br><br>Plaintiffs,<br><br>vs.<br>WELLS FARGO BANK, N.A., a national association; GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO, a California corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No: 3:14-CV-03574-NC<br>Magistrate Judge Nathanael M. Cousins<br><br>**NOTICE OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Hearing Date: 11/6/14<br>Time: 9:00 A.M.<br><br>Complaint Filed: July 8, 2014<br><br>Trial Date: None |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby give notice that they are dismissing their case without prejudice pursuant to Rule 41 and the reasonable terms of settlement between the parties.

DATED:  September 10, 2014

                                              HAROUNI LAW GROUP

                                              Kaivan Harouni
                                              Attorney for Plaintiffs
                                              Edward Matiasic
                                              & Lynda Matiasic

HAROUNI LAW GROUP
Kaivan Harouni [SBN: 256582]
Email: KH@HarouniLaw.com
5950 Canoga Avenue, Suite 550
Woodland Hills, CA 91367
Telephone: (310) 693-8333
Facsimile:   (310) 494-9499

Attorneys for Plaintiffs Edward Matiasic
& Lynda Matiasic

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MATIASIC, an individual; and LYNDA MATIASIC, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO, a California corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No: 3:14-CV-03574-NC<br>Magistrate Judge Nathanael M. Cousins<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF THE PENDING ACTION WITHOUT PREJUDICE**<br><br>Hearing Date: 11/6/14<br>Time: 9:00 A.M.<br><br>Complaint Filed: July 8, 2014<br><br>Trial Date: None |

The Court has considered the notice of dismissal by Plaintiffs Edward Matiasic and Lynda Matiasic and hereby dismisses their action without prejudice, each party to bear their own fees and costs.

Dated:     September 10   , 2014       By: _____

GRANTED
Judge Nathanael M. Cousins

– 2 –
**NOTICE OF DISMISSAL**